IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-mj-00051-NYW

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ERIC MORTENSEN, a/k/a "Jacob Bradford," and
MELISSA CHARRAN

     Defendants.

## ORDER TO RESTRICT

Upon the motion of the United States of America, and for good cause shown, it is
ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown
under D.C.Colo.LCrR 47.1 such that the case, including the Criminal Complaint,
Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-captioned
matter, as well as the Government's Motion to Restrict and this Order, are restricted at
Level 3 until further order of the Court.

DATED this ___24th___ day of March, 2021

BY THE COURT:

_____
United States Magistrate Judge
DISTRICT OF COLORADO