IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-mj-00051-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.   MELISSA CHARRAN,**

    Defendant.

_____

### NOTICE OF ATTORNEY APPEARANCE
_____

ANDRES R. GUEVARA, of the Law Office of Andres R. Guevara, hereby enters his appearance as CJA Counsel for the above-named defendant, Melissa Charran

Dated:  March 26, 2021

        Respectfully submitted,

        ANDRES R. GUEVARA
        Law Office of Andres R. Guevara


        s/ Andres R. Guevara
        ANDRES R. GUEVARA
        Law Office of Andres R. Guevara
        2806 N. Speer Blvd
        Denver, CO 80211
        Telephone:  (720) 379-8262
        FAX: (720) 699-6808
        E-mail:andres@guevaracoloradolaw.com
        Attorney for MELISSA CHARRAN

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 26, 2021, I electronically filed the foregoing **NOTICE DISPOSITION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all attorneys authorized to receive service

<div style="margin-left: 3in;">
s/ Andres R. Guevara<br>
ANDRES R. GUEVARA<br>
Law Office of Andres R. Guevara<br>
2806 N. Speer Blvd<br>
Denver, CO 80211<br>
Telephone:  (720) 379-8262<br>
FAX: (720) 699-6808<br>
E-mail:andres@guevaracoloradolaw.com<br>
Attorney for Melissa Charran
</div>