IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-mj-00051-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2.    MELISSA CHARRAN,**

      Defendant.

---

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIL RELEASE**

---

      COMES NOW the defendant Melissa Charran, by and through undersigned counsel Andres R. Guevara, of the Law Office of Andres R. Guevara, and hereby moves this Court for the entry of an order modifying the conditions of her pretrial release by allowing her to move from the State of Colorado and to reside at her parent's residence in Richfield, Minnesota.

      1.    On Friday March 26, 2021, Ms. Charran had her initial court appearance before Magistrate Judge Nina Y. Wang.  At that time, neither the Government nor Probation was seeking Ms. Charran's detention and she was released that day with a series of conditions.  These conditions included the requirement that Ms. Charran reside in Colorado and seek permission of the Court to travel out of state or change her residence.  (ECF. No. 14).

      2.    Upon her release, Ms. Charran went to her apartment here in Colorado to join up with her father and mother. Both her parents arrived from their residence in Minnesota to assist their daughter after her arrest in this case.

      3.    Undersigned counsel, the United States Attorney, and the Department of

Probation (through U.S. Probation Angela Ledesma, who conducted the pretrial interview, and Probation Officer Josh Roth, who was assigned her supervision), discussed the possibility of having Ms. Charran move back to Minnesota with her parents for the pendency of this case.

4. Ms. Charran has resided in Colorado since about July, 2020 but has not been gainfully employed while in Colorado during that time.  Previously, she resided in Minnesota where she had gainful employment as a flight attendant, a dispatcher, and in other travel related businesses.  In discussions with her father, undersigned counsel has been informed that he is confident that she could obtain employment easily in Minnesota due to her contacts and experience.  Ms. Charran would greatly benefit from employment and moving back to Minnesota would enhance her ability to comply with the conditions of pre-trial release.

5. Additionally, both she and her parents have proposed that she reside with the parents at their residence in Richfield, Minnesota.  This accommodation would not only ensure that Ms. Charran has a stable and safe residence, it would also assist her with her current pregnancy.  Ms. Charran is expecting the birth of her first child sometime around July and her parents can assist with any upcoming medical issues.  Moreover, her parents have assured undersigned counsel that they would assist their daughter in attending all future court appearances, whether these court appearances were conducted virtually or in person in Colorado.

6. Undersigned counsel conferred with the Government, through Assistant United States Attorney Andrea Surratt, and is authorized to represent that the

Government does not object to the relief requested herein as long as Probation is able to accommodate to supervise Ms. Charran in Minnesota.

7. Undersigned counsel contacted Ms. Charran's current Probation Officer, Josh Roth, concerning a transfer of Ms. Charran's supervision to Minnesota. Officer Rosh informed undersigned counsel yesterday via voicemail that he contacted his counterparts in Minnesota and the supervisors in Minnesota agree that they will accept courtesy supervision of Ms. Charran and that she even has a probation officer assigned in advance (pending this Court's approval, of course). Officer Roth has confirmed that the Minnesota Probation Office is able to supervise Ms. Charran, and that Officer Roth has no objection to transferring Ms. Charran's supervision to Minnesota.

WHEREFOR, the defendant Melissa Charran respectfully requests the Court issue and Order modifying her current pre-trial conditions (ECF. No. 14) to permit her to travel back home to Minnesota and to be supervised in Minnesota at her parent's residence in Richfield, Minnesota.

Dated: April 1, 2021

        Respectfully submitted,

        ANDRES R. GUEVARA
        Law Office of Andres R. Guevara


        s/ Andres R. Guevara
        ANDRES R. GUEVARA
        Law Office of Andres R. Guevara
        2806 N. Speer Blvd
        Denver, CO 80211
        Telephone: (720) 379-8262

FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for MELISSA CHARRAN


**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 1, 2021, I electronically filed the foregoing **NOTICE DISPOSITION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all attorneys authorized to receive service

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Melissa Charran