# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-mj-00051-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    MELISSA CHARRAN,

    Defendant.

---

## ORDER GRANTING MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE
---

This matter comes before the court on the Unopposed Motion to Amend the Conditions of Pretril [sic] Release [#21, filed April 1, 2021]. Counsel for the government confirmed that the government had no objection to the modification to allow Defendant Melissa Charran ("Defendant" or "Defendant Charran") to relocate to her parents' residence in Richfield, Minnesota during the pendency of this action. Given the additional employment opportunities for Defendant Charran in Minnesota and the availability of family support, and the unopposed nature of this Motion, this court finds that modification without a hearing is appropriate. **The court specifically advises Defendant Melissa Charran that all other conditions for her pretrial release remain in place**. The court further specifically advised Defendant that violation of conditions of her pretrial release could result in consequences, up to revocation of such release. Accordingly, **IT IS ORDERED** that:

(1)    Defendant's Unopposed Motion to Amend the Conditions of Pretril [sic] Release [#21] is **GRANTED**;

(2) Defendant's Conditions of Release [#14] are **MODIFIED** to transfer her supervision to the United States District Court for the District of Minnesota; and

(3) All other conditions for pretrial release applicable to Defendant Melissa Charran as set forth in the Conditions for Release [#14] **REMAIN SET**.

DATED: April 2, 2021

BY THE COURT:

Nina Y. Wang
United States Magistrate Judge